UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ELAINE LUPO,
                              Plaintiff,

        -against-

COMMISSIONER OF SOCIAL SECURITY,
                              Defendant.
------------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 0 4 2008
P.M.
TIME A.M.

MEMORANDUM AND ORDER

07-CV-4660 (ENV)

VITALIANO, D.J.

*Pro se* plaintiff Elaine Lupo filed the instant action on November 1, 2007. On November 20, 2007, the Court ordered that the Commissioner's judgment on the pleadings be served on or before May 27, 2008, and that Lupo's response be served on or before June 30, 2008. On May 28, 2008, Magistrate Judge Bloom granted the Commissioner an extension, until June 6, 2008, to serve his motion for judgment on the pleadings. The order was silent as to Lupo's time to respond.

The Court is in receipt of a letter from the Commissioner, dated July 24, 2008, indicating that the papers in support of the Commissioner's motion for judgment on the pleadings were timely served on Lupo on June 6, 2008, and requesting that the Court provide a date certain for Lupo's opposition to the motion.

Lupo's opposition, if any, shall be served on or before September 1, 2008. The Commissioner is directed to mail a copy of this Order forthwith to plaintiff at her address of record.

       SO ORDERED.

Dated: Brooklyn, New York
       July 31, 2008

                                                ERIC N. VITALIANO
                                                United States District Judge